150 A.3d 406

OXFORD REALTY GROUP CEDAR, CLA MANAGEMENT, AND R.K. PATTEN LLC, PLAINTIFFS–RESPONDENTS, v. TRAVELERS EXCESS AND SURPLUS LINES COMPANY, DEFENDANT–PETITIONER.

July 11, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–000342–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is granted.